JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-00631-CJC (KESx)                                    Date: May 15, 2023

Title: LETICIA ESPINOZA V. MERCEDES-BENZ USA, LLC, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The Court, having been notified by a Notice of Settlement [Dkt. 16] that the case settled, hereby **ORDERS** this action dismissed without prejudice. The Court **DENIES AS MOOT** Plaintiff's pending motion to remand [Dkt. 14] and **ORDERS** all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

jso

MINUTES FORM 11
CIVIL-GEN                                                                        Initials of Deputy Clerk RRP